| AO 10<br>*Rev. 1/2018* | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. **Person Reporting** (last name, first, middle initial)<br><br>Lee, William C. | 2. **Court or Organization**<br><br>U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA | 3. **Date of Report**<br><br>04/18/2018 |
|---|---|---|
| 4. **Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - Senior stat eff. 2/3/03 | 5a. **Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. **Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. **Chambers or Office Address**<br><br>2100 E. Ross Adair Federal Buidling<br>1300 S. Harrison Street<br>Fort Wayne, IN 46802 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Fort Wayne Community School Scholarship Committee |
| 2. | Board Member | Allen County Fort Wayne Historical Society |
| 3. | Board Member | Volunteer Lawyer Program |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | West Publishing Co. Book Royalties | $52,869.00 |
| 2. 2017 | Wilson Foundation - Committee Attendance Fees | $1,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 04/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Steuben Co., IN, farm (Appraisal date 12/14/16) | E | Rent | P1 | Q | | | | | |
| 2. SEE ATTACHED DOCUMENT | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 04/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William C. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Judge William Lee - 2017

| | B. Income | | C. Gross Value | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. Description of Assets | (1) Amt | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date mm/dd/yy | (3) Value | (4) Gain | (5) Buyer /Seller |
| 1  Agency #1 (H) | | | | | | | | | |
| 2  Goldman Sachs FS Gov'T #465 | A | Dividend | J | T | Buy | 12/31/16 | N | | |
| 3  DODGE & COX INCOME FUND | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| | | | | | Buy | 03/20/17 | J | | |
| | | | | | Buy | 03/21/17 | J | | |
| | | | | | Sell | 03/30/17 | J | A | |
| | | | | | Sell | 06/05/17 | J | A | |
| | | | | | Sell | 12/21/17 | J | A | |
| 4  FRANKLIN HIGH YIELD TAX FREE INC | A | Dividend | J | T | | | | | |
| 5  GS DYNAMIC MUNI INCOME FD-INSTL | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 6  NORTHERN FUNDS ULTRA-SHORT FIXED | A | Dividend | J | T | Buy | 06/05/17 | J | | |
| | | | | | Sell | 12/22/17 | J | A | |
| 7  VANGUARD FIXED INC | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| | | | | | Sell | 12/14/17 | J | A | |
| 8  VANGUARD GNMA ADM #536 | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| | | | | | Sell | 06/05/17 | J | A | |
| 9  VANGUARD INTER-TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 10  VANGUARD ST CORP BOND INDEX I | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| | | | | | Buy | 01/24/17 | J | | |
| | | | | | Buy | 06/05/17 | J | | |
| | | | | | Buy | 06/21/17 | J | | |
| 11  VANGUARD ST INV GRADE FUND I | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| | | | | | Buy | 01/24/17 | J | | |
| | | | | | Buy | 06/05/17 | J | | |
| | | | | | Buy | 06/21/17 | J | | |
| | | | | | Sell | 04/03/17 | J | A | |
| 12  EATON VANCE PARAMETRIC EMERGING MKT | A | Dividend | K | T | Buy | 05/05/17 | J | | |
| | | | | | Buy | 06/05/17 | J | | |
| 13  FRANKLIN SMALL CAP GROWTH ADV | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| | | | | | Buy | 01/10/17 | J | | |

| A. Description of Assets | B. Income | | C. Gross Value | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date mm/dd/yy | (3) Value | (4) Gain | (5) Buyer /Seller |
| | | | | | Buy | 01/24/17 | J | | |
| | | | | | Buy | 02/23/17 | J | | |
| | | | | | Buy | 03/20/17 | J | | |
| | | | | | Buy | 04/07/17 | J | | |
| | | | | | Sell | 12/19/17 | J | A | |
| 14 HARBOR CAPITAL APPRECIATION FUND | A | Dividend | K | T | Buy | 01/09/17 | J | | |
| | | | | | Buy | 01/10/17 | J | | |
| | | | | | Buy | 02/13/17 | J | | |
| | | | | | Sell | 12/20/17 | J | C | |
| 15 MFS INTERNATIONAL VALUE FUND I | A | Dividend | K | T | Buy | 02/23/17 | J | | |
| | | | | | Sell | 06/21/17 | J | A | |
| | | | | | Sell | 12/18/17 | J | A | |
| 16 MFS VALUE I | A | Dividend | K | T | Buy | 01/09/17 | J | | |
| | | | | | Buy | 01/10/17 | J | | |
| | | | | | Buy | 02/23/17 | J | | |
| | | | | | Buy | 04/28/17 | J | | |
| | | | | | Sell | 06/05/17 | J | A | |
| | | | | | Sell | 12/26/17 | J | A | |
| 17 OPPENHEIMER INT'L SMALL COMPANY FD | A | Dividend | J | T | Sell | 06/21/17 | J | A | |
| | | | | | Sell | 12/13/17 | J | A | |
| 18 OPPENHEIMER INTL GROWTH #1961 | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 19 T ROWE PRICE MID C | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| | | | | | Buy | 03/21/17 | J | | |
| | | | | | Sell | 12/18/17 | J | A | |
| 20 VANGUARD DIVIDEND GROWTH #57 | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| | | | | | Buy | 01/31/17 | J | | |
| | | | | | Sell | 03/29/17 | J | A | |
| | | | | | Sell | 12/21/17 | J | A | |
| | | | | | Sell | 06/21/17 | j | A | |
| 21 VANGUARD S&P 500 ETF | A | Dividend | K | T | Buy | 01/06/17 | J | | |
| | | | | | Buy | 01/24/17 | J | | |

| A. Description of Assets | B. Income | | C. Gross Value | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date mm/dd/yy | (3) Value | (4) Gain | (5) Buyer /Seller |
| | | | | | Buy | 2/2/2017 | J | | |
| | | | | | Buy | 3/20/2017 | J | | |
| 22 VANGUARD SMALL CAP VALUE | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| | | | | | Buy | 01/10/17 | J | | |
| | | | | | Buy | 01/24/17 | J | | |
| | | | | | Buy | 04/07/17 | J | | |
| 23 VICTORY SYCAMORE ESTABLISHED | A | Dividend | J | T | Buy | 01/10/17 | J | | |
| | | | | | Buy | 01/24/17 | J | | |
| | | | | | Sell | 12/21/17 | J | A | |
| 24 LOOMIS SAYLES INTERMEDIATE DURATION BOND | A | Dividend | | | Buy | 01/04/17 | J | | |
| | | | | | Sell | 06/20/17 | J | A | |
| | | | | | Sell | 04/12/17 | J | A | |
| 25 PIMCO SHORT TERM I | A | Dividend | | | Buy | 1/4/2017 | J | | |
| | | | | | Sell | 6/5/2017 | J | A | |
| | | | | | Buy | 3/20/2017 | J | | |
| | | | | | Buy | 3/21/2017 | J | | |
| 26 VANGUARD HIGH YIELD CORP FUND | | | | | Buy | 1/4/2017 | J | | |
| | | | | | Sell | 6/5/2017 | J | A | |
| 27 HARBOR FUND INTERNATIONAL | | | | | Sell | 3/1/2017 | J | A | |
| 28 VANGUARD LONG TERM TAX EXEMPT ADM | | | | | Sell | 6/5/2017 | J | A | |